■ CASHNYL Co., INC., Respondent, v. McLEAN TRUCKING COMPANY, Appellant

■ Beldock, P. J., Ughetta, Brennan, Hopkins and Munder, JJ., concur.